STATE EX REL. STEPHENS *v.* MURRAY, JUDGE OF LAKE CRIMINAL COURT.

[No. 0-512. Filed March 31, 1958.]

*Milos Stephen, pro se.*

PER CURIAM.—Relator asks that a writ of mandate be issued for the respondent to show cause why he should not hear and determine a Motion to Annul, Vacate and Set Aside a certain judgment, which proceedings are pending in the Lake Criminal Court.

It being shown to this court that said proceedings are set for hearing and determination on May 16, 1958 at 9:30 a.m., the subject of this petition is now considered moot and the same is dismissed.

NOTE.—Reported in 148 N. E. 2d 839.